

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Irma Munguia,                              * From the County Court at Law No. 2
                                             of Taylor County
                                             Trial Court No. 2-470-14.

Vs. No. 11-16-00011-CR                     * December 29, 2017

The State of Texas,                        * Memorandum Opinion by Wright, C.J.
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.